**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 00-6689**

_____

RICHARD LEE MULLEN,

                                               Plaintiff - Appellant,

     versus

C. BURGESS, Physician for CPS, Incorporated;
MR. STAFFARONI, Director of CPS, Incorporated;
MS. OSBORNE, Registered Nurse, Nursing Direc-
tor for CPS, Incorporated; R. CHERRY, Super-
intendent, Hampton Roads Regional Jail; MR.
ARIZMENDI; MR. RANDALL, Registered Nurse; MS.
ENGLISH, Registered Nurse; MS. LIGHTFOOT, Li-
censed Practical Nurse; MS. SCATCHET, Licensed
Practical Nurse; MRS. NICKENS, Licensed Prac-
tical Nurse; L. HAYTHE, Registered Nurse;
NURSE SHAPPEL, Licensed Practical Nurse,

                                         Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Norfolk. Robert G. Doumar, Senior District
Judge. (CA-99-1119-2)

_____

Submitted: September 21, 2000    Decided: September 28, 2000

_____

Before WILKINS, NIEMEYER, and TRAXLER, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Richard Lee Mullen, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Richard L. Mullen seeks to appeal the district court's order dismissing without prejudice his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. The court dismissed Mullen's complaint because Mullen failed to comply with an order directing him to submit an adequate number of copies of the complaint and other documents. Because Mullen may proceed with this action by supplying an adequate number of copies of the relevant documents, the order in question is not a final, appealable order. See Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064, 1066-67 (4th Cir. 1993). Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2